NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLORIA J. MCWILLIAMS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3075

---

Petition for review of the Merit Systems Protection Board in case no. SF1221090439-W-2.

---

**ON MOTION**

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

**APR 1 9 2011**                         /s/ Jan Horbaly
        Date                             Jan Horbaly
                                         Clerk

cc:  Gloria J. McWilliams
     Nicholas Jabbour, Esq.
     Michael Carney, Esq. (copy of petitioner's informal
brief enclosed)

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 9 2011

JAN HORBALY
CLERK